(Form IN FORMA PAUPERIS-Rev. 4/20/05, S.D. of Ohio)

FILED
RICHARD W. NAGEL
CLERK OF COURT

2017 NOV 30 AM 11: 41

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

**Plaintiff(s)**

Connie Y. Mays

Case No. 1:17CV808

J. BARRETT

M.J. LITKOVITZ

vs.

**Defendants(s)**

Veterans Canteen Service

## APPLICATION/ MOTION TO PROCEED
## WITHOUT PREPAYMENT OF FEES
## (IN FORMA PAUPERIS)
## AND AFFIDAVIT IN SUPPORT THEREOF

**Instructions: In order for the Court to properly consider your application, you must answer each question below and provide the information requested.  No application will be considered until it is fully completed.**

**I. Are you employed?**          Yes ✓          No____
    **A. If you answered "Yes":**
      (1) What is the name and address of your employer
      _Veteran Canteen Service_
      _3200 Vine Street_
      _Cincinnati, Ohio 45219_
      (2) How much do you earn per month?
      _2475.20_

    **B.  If you answered "No"**
      (1) Have you ever been employed?          Yes____          No____
      If yes, what was the last year and month you were
      employed? _____
      How much did you earn a month?_____

**II. What is your marital status?**
    Single____          Married ✓          Widowed_____          Divorced_____
    **A. If you answered "Married":**
      (1) Is your spouse employed? Yes ✓          No____
      If yes, how much does your spouse earn each month?
      $ _4000.00_

**III. Do you have any dependents?**          Yes ✓          No____
    If you answered "Yes" list each dependent's name (minor children should be identified only by their initials), relationship to you, and the amount you contribute to their support:

| Name | Relationship | Amount |
|---|---|---|
| B.A.G. | Daughter | 100% |
| B.A.G. | Daughter | 100% |

**IV. Within the past twelve (12) months, have you received any income from a business, profession or other form of self-employment, or in the form of rent payments, retirement benefits, annuity payments, interest or dividends, or any other source?**          Yes____          No____
    A. If you answered "Yes," describe each source of income and the total amount you received from that source over the twelve-month period:

| Source | Amount | Source | Amount |
|---|---|---|---|
| Cincinnati Caterings | 2000.00 × | | $ |
| | $ | | $ |
| | $ | | $ |

**V. Do you have any cash on hand or money in a savings, checking, or other account?**
Yes ✓   No_____

A. If you answered "Yes", state the combined total amount:
$ _3000.00_ .

**VI. Do you own any real estate, stocks, bonds, notes, automobiles, or any other valuable property?**
Yes_____   No_____
A. If you answered "Yes", describe each piece of property and state it's value:

| Property | Value | Property | Value |
|---|---|---|---|
| Home | $200,000 | | $ |
| Crafted Honda | $36,000 | | $ |
| KIA Soul | $17,00 | | $ |
| | $ | | $ |

**VII. List all your creditors, including banks, loan companies, charge accounts, personal loans, rent, utilities, child support, etc., and the amount you pay each month on each bill/obligation:**

| Creditor | Amount Owed | Creditor | Amount Owed |
|---|---|---|---|
| Penny Mac | $ 1,073.90 | Spectrum | $ 70.00 |
| Cinfed | $ 556.00 | | $ |
| Duke | $ 170.00 est. | | $ |
| ATT | $ 348.00 | | $ |

**VIII. State your address and telephone number where the Court can reach you.**
_1891 Langdon Farm Road_
_Cincinnati, Ohio 45237_

I declare under penalty of perjury that the above information is true and correct.

_11-29-17_
Date

_Connie Y Mays_
Signature of Applicant

-3-