UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Connie Y. Mays,

    Plaintiff,

        v.                                 Case No. 1:17cv808

Veteran Canteen Service, *et al.*,         Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on December 8, 2017 (Doc. 3).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 3) of the Magistrate Judge is hereby **ADOPTED.** Plaintiff's Motion for Leave to Proceed *in forma pauperis* (doc. 1) is DENIED consistent with the recommendation by the Magistrate Judge. Plaintiff's required $400.00 filing fee is due thirty (30) days from the date of this Order or this matter will be closed for failure to pay the filing fee.

**IT IS SO ORDERED.**

                                                  *s/Michael R. Barrett*
                                                  Michael R. Barrett
                                                  United States District Judge